# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Criminal Case No. 98-cr-00010-LTB

UNITED STATES OF AMERICA,

       Plaintiff-Respondent,

v.

DAVID L. JACKSON,

       Defendant-Petitioner.

_____

# ORDER
_____

Upon pro se Petitioner's Motion to Dismiss 60(b)(4) and (6) Motion (Doc #275 - filed September 12, 2006), it is

ORDERED that Petitioner's Motion - Doc #271 filed August 31, 2006), is DISMISSED.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Chief Judge

Dated:   September 13, 2006