# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Criminal Case No. 98-cr-00010-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DAVID L. JACKSON,

       Defendant/Movant.

_____

## MINUTE ORDER
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    The Motion For Clarification (Doc No. 280) is DENIED.

DATED: November 22, 2006
_____