**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 98-cr-00010-LTB

UNITED STATES OF AMERICA,

       Plaintiff-Respondent,

v.

DAVID L. JACKSON,

       Defendant-Petitioner.
_____

**ORDER**
_____

       This case is before me upon Defendant-Movant David L. Jackson's Motion Pursuant to Fed.R.Civ.P. 60(b)(4) and (6) (Doc 282 - filed January 2, 2007) and his Motion to Vacate Judgment Pursuant to Fed.R.Civ.P. 60(b)(4) (Doc 284 - filed January 8, 2007). The Plaintiff has filed its Consolidated Response to the Defendant's Motions. Because Fed.R.Civ.P. 60(b) is inapplicable to criminal cases, United States v. Ramirez, 2007 WL 4303*1 (10th Cir. January 2, 2007) (unpublished) (citing United States v. Mosavi, 138 F.3d 1365, 1366 (11th Cir. 1998). Fed.R.Civ.P. 60(b) provides no basis for the relief Defendant now seeks. Accordingly

       IT IS ORDERED that the above-referenced motions are DENIED.

                                BY THE COURT:

                                  s/Lewis T. Babcock
                                Lewis T. Babcock, Chief Judge

Dated:   February 12, 2007